1
2
3
4
5
6

FILED
CLERK, U.S. DISTRICT COURT

NOV - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

10
11
12
13
14
15

KAYVAN VARAHRAM,

      Petitioner,

      v.

ROSEANNE CAMPBELL, Warden,

      Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 07-06848 TJH (AN)

ORDER APPROVING AND ADOPTING
REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

16      Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the

17 Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's

18 Objections thereto, *de novo*.  IT IS ORDERED that:

19      1.    The Objections are overruled and the R&R is approved and adopted.

20      2.    Judgment shall be entered denying the First Amended Petition and

21 dismissing this action with prejudice.

22      3.    Any pending motions are denied as moot and terminated.

23      IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of

24 this Order and the Judgment on all counsel or parties of record.

25

26 Dated: November 3, 2008

27                         TERRY J. HATTER JR.
                           UNITED STATES DISTRICT JUDGE

28