UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAYVAN VARAHRAM,<br>   Petitioner,<br>  v.<br>ROSEANNE CAMPBELL, Warden,<br>   Respondent. | Case No. CV 07-06848 TJH (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: November 3, 2008

            TERRY J. HATTER, JR.
            UNITED STATES DISTRICT JUDGE